### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MARK A. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-2365-EFM-ADM |
| | ) | |
| 10 ROADS EXPRESS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

On April 10, 2023, the court found that pro se plaintiff Mark A. Clark had not exhausted his administrative remedies as to the facts underlying his claims, and granted defendant 10 Roads Express's motion to dismiss. (ECF 17.) The court entered judgment in favor of 10 Roads Express on that same date. (ECF No. 18.) On April 25, 2023, Clark filed a notice of appeal. (ECF 19.) This matter now comes before the court on Clark's Motion to Proceed Without Prepayment of Fees, by which Clark seeks leave to appeal *in forma pauperis* ("IFP"). (ECF 22.)

Under FED. R. APP. P. 24(a)(1), a party who seeks to appeal IFP must file a motion with the district court and attach an affidavit that "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." After carefully reviewing the affidavit Clark submitted with his motion, the court finds Clark has satisfied these requirements.

**IT IS THERFORE ORDERED** that Clark's Motion to Proceed Without Prepayment of Fees (ECF 22) is granted.

**IT IS SO ORDERED.**

Dated April 28, 2023, at Kansas City, Kansas.

2

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge